**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-2375**

———————

STACY ELIZABETH LEE,

Plaintiff - Appellant,

versus

MARYLAND DEPARTMENT OF PUBLIC SAFETY AND
CORRECTIONAL SERVICES,

Defendant - Appellee,

and

WILLIAM SMITH; QUINNIE MATTHEWS; SOLOMON
HEJERIKA; ANTHONY OSANDU; SERGEANT KEENAN,
Patuxent Institution; STUART O. SIMS, Secre-
tary, Division of Corrections, Department of
Public Safety and Transportation, State of
Maryland,

Defendants.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Marvin J. Garbis, District Judge. (CA-98-
2825-MJG)

———————

Submitted: February 14, 2002      Decided: February 21, 2002

———————

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

Stacy Elizabeth Lee, Appellant Pro Se.   Scott Sheldon Oakley, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Stacy Elizabeth Lee appeals from the district court's order denying her motion for reconsideration of the dismissal of her action for failure to comply with Md. Local R. 106.  We have reviewed the record and the district court's opinion and find no abuse of discretion.  Accordingly, we affirm on the reasoning of the district court.  <u>Lee v. Maryland Dep't of Public Safety & Corr. Servs.</u>, No. CA-98-2825-MJG (D. Md. Oct. 19, 2001).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>